IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DURLEAN CRAYTON, EVIE ROBINSON,<br><br>Plaintiffs,<br><br>vs.<br><br>OMAHA PUBLIC SCHOOLS, a government education district established under the laws of Nebraska; et. al;<br><br>Defendants. | **8:13CV240**<br><br>**ORDER** |

As requested in the parties' motion, (filing no. 43), which is hereby granted,

IT IS ORDERED that the final progression order is amended as follows:

1) The jury trial of this case is set to commence before John M. Gerrard, United States District Judge, in the Special Proceedings Courtroom, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:00 a.m. on **June 22, 2015**, or as soon thereafter as the case may be called, for a duration of five (5) trial days.  This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one.   Jury selection will be held at the commencement of trial.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **June 9, 2015** at **11:00 a.m.**, and will be conducted by WebEx conferencing.  To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on June 8, 2015.  An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

3) A telephonic conference with the undersigned magistrate judge will be held on **January 6, 2015** at **1:00 p.m.** to discuss the status of case progression and potential settlement.  Counsel for plaintiff shall place the call.

4) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is December 22, 2014.  Motions to compel Rule 33 through 36 discovery must be filed by January 5, 2015.

2

5) The deposition deadline is December 22, 2014.

6) The deadline for filing motions to dismiss and motions for summary judgment is January 26, 2015. [1]

September 26, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

---

[1] To facilitate the court's review, the parties are strongly encouraged to include hyperlinks to the evidence, CM/ECF record, and all legal authorities cited within their briefs filed in support of, or in opposition to, any motions filed. See NECivR 7.1. For instructions, see "Hyperlinking Information" at http://www.ned.uscourts.gov/attorney/electronic-case-filing.